IN THE SUPREME COURT OF NORTH CAROLINA

No. 87A16

Filed 17 March 2017

IN THE MATTER OF MARY LUCILLE HUGHES, by and through VIRGINIA HUGHES INGRAM, Administratrix of the Estate of Mary Lucille Hughes, Claim for Compensation Under the North Carolina Eugenics Asexualization and Sterilization Compensation Program

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 785 S.E.2d 111 (2016), dismissing an appeal from an amended decision and order filed on 28 April 2015 by the North Carolina Industrial Commission and remanding the matter to the Commission for transfer to the Superior Court, Wake County, pursuant to N.C.G.S. § 1-267.1(a1). On 9 June 2016, the Supreme Court allowed the State's petition for discretionary review of additional issues. Heard in the Supreme Court on 13 February 2017.

*UNC Center for Civil Rights, by Elizabeth Haddix and Mark Dorosin; and Pressly, Thomas & Conley, PA, by Edwin A. Pressly, for claimant-appellant/appellee.*

*Joshua H. Stein, Attorney General, by Elizabeth A. Fisher, Assistant Solicitor General, and Amar Majmundar, Special Deputy Attorney General, for defendant-appellant/appellee State of North Carolina.*

PER CURIAM.

For the reasons stated in *In re Redmond*, ___ N.C. ___, ___ S.E.2d ___ (Mar. 17, 2017) (No. 86A16), the decision of the Court of Appeals is reversed, and this case is remanded to the Court of Appeals.

*Opinion of the Court*

REVERSED AND REMANDED.